UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHERRY TAYLOR o/b/o L.T.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-7169** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **SECTION: "G"** |

## ORDER

Before the Court is Plaintiff Sherry Taylor's ("Plaintiff") "Motion for Attorney's Fees and Costs Under the Equal Access to Justice Act."[1] Plaintiff seeks an award for 26.5 hours at $175 per hour of attorney at time reasonably incurred in this civil action by Attorney Robyn R. Griffin, for a total award of $4,637.50.[2] Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), has filed a response stating that she has no objection to the motion.[3] The Commissioner notes that fees are payable to the prevailing litigant rather than the attorney.[4]

Under the Equal Access to Justice Act ("EAJA"), the Court shall award to a prevailing party fees and other expenses incurred by that party in any civil action, including proceedings for judicial review of agency action, brought by or against the United States, "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust."[5] Here, Plaintiff is a prevailing party entitled to attorney's fees under the EAJA, and the

---

[1] Rec. Doc. 24.

[2] Rec. Doc. 24-1 at 3.

[3] Rec. Doc. 26 at 1.

[4] *Id.*

[5] 28 U.S.C. § 2412(d)(1)(A).

Commissioner consents to Plaintiff's request for attorney's fees. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Attorney's Fees and Costs Under the Equal Access to Justice Act"[6] is **GRANTED** and that Plaintiff Sherry Taylor is awarded attorneys' fees in the amount of $4,637.50, representing 26.5 hours of time at a rate of $175.00 per hour.

**NEW ORLEANS, LOUISIANA,** this __22nd__ day of December, 2016.

                                                            **NANNETTE JOLIVETTE BROWN**
                                                            **UNITED STATES DISTRICT JUDGE**

---

[6] Rec. Doc. 24.